DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL ACOSTA-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00190 AWI |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE;AND ORDER THEREON |
| v. | |
| RAUL ACOSTA-RAMIREZ, | Date: September 29, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for October 14, 2008, **may be advanced to September 29, 2008 at 9:00 a.m.**

The grounds for this request is that the defendant has signed a fast-track plea agreement.

DATED: September 25, 2008                              DATED: September 25, 2008

McGREGOR M. SCOTT                                      DANIEL J. BRODERICK
United States Attorney                                 Federal Public Defender


 /s/ Ian L. Garriques                                   /s/ Douglas J. Beevers
IAN L. GARRIQUES                                       DOUGLAS J. BEEVERS
Assistant United States Attorney                       Assistant Federal Defender
Attorney for Plaintiff                                 Attorney for Defendant
                                                       Raul Acosta-Ramirez

1 **ORDER**

2 **IT IS SO ORDERED.**  The status conference hearing in the above-referenced matter for
3 defendant, Raul Acosta-Ramirez, now set for October 14, 2008, **is hereby advanced to September 29,**
4 **2008, at 9:00 a.m.**

10 IT IS SO ORDERED.

11 **Dated:   September 25, 2008**          /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE